UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR 1094-JM |
| Plaintiff, ) | |
| v. ) | **ORDER CONTINUING MOTION HEARING** |
| JESUS HERRERA-TORRES, ) | |
| Defendant. ) | |

Upon the joint motion of the parties (Docket No. 16) and for good cause being shown, the motion hearing currently scheduled for December 12, 2008 is hereby continued to *January 30, 2009 at 11:00 am.*

**IT IS SO ORDERED.**

DATED: December 9, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge