UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  08CR1094-JTM |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| **JESUS HERRERA-TORRES**, | ) | |
| Defendant. | ) | |

**IT IS SO ORDERED** for good cause having been shown, that the defendant in the above-captioned case be permitted to file motions in excess of twenty-five pages to be heard on February 27, 2009, at 2:00 p.m., or soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED:  February 17, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge