UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.08CR 1094-JM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER DENYING DEFENDANT'S MOTION** |
| ) | **FOR COURT ORDER REQUIRING** |
| ) | **MR. HERRERA-TORRES TO BE HOUSED** |
| ) | **IN A FACILITY IN SAN DIEGO** |
| ) | [Docket No. 29] |
| JESUS HERRERA-TORRES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant's Motion for a Court Order to House Mr. Jesus Herrerra-Torres (USM # 15367-112) in a facility in San Diego is DENIED without prejudice pending a showing that Defendant is not currently housed in San Diego and that defense counsel has been advised or believes she will not have access to her client absent a Court Order.

**SO ORDERED.**

DATED: May 8, 2009

Hon. Jeffrey T. Miller
United States District Judge

03cr3002-IEG