UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR 1094-JM |
| Plaintiff, | |
| v. | **ORDER REQUIRING** |
| | **MR. HERRERA-TORRES TO BE HOUSED** |
| | **IN A FACILITY IN SAN DIEGO** |
| JESUS HERRERA-TORRES, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Mr. Jesus Herrerra-Torres (USM # 15367-112) be housed on a facility in San Diego no later than July 6, 2009 for the purposes of consulting with counsel in preparation for his sentencing hearing scheduled July 10, 2009. This order is conditioned upon the availability of space for the transfer.

**SO ORDERED.**

DATED: May 27, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge